**RACETECH, LLC, Plaintiff-Appellant**

v.

**KENTUCKY DOWNS, LLC, Exacta Systems, LLC, FKA Encore Gaming, LLC, Defendants-Appellees**

2016-1672

United States Court of Appeals, Federal Circuit.

February 13, 2017

RICHARD L. BROPHY, Armstrong Teasdale LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by MARK A. THOMAS, ZACHARY CHARLES HOWENSTINE.

SPIRO BEREVESKOS, Woodard, Emhardt, Moriarty, McNett & Henry LLP, Indianapolis, IN, argued for defendants-appellees. Also represented by WILLIAM ALEX McKENNA.

(Wallach, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**